See also Vaughn v. State, 135 Tex.Cr.R. 205, 118 S.W.2d 312, and Miller v. State, 122 Tex.Cr.R. 59, 53 S.W.2d 790.

The judgment is reversed and the cause remanded.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

G. C. Harris, of Greenville, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge.

Upon appellant's plea of guilty of the offense of transporting intoxicating liquor, to-wit whisky, in a dry area, and the waiver of a trial by jury, the court assessed his penalty at a fine of $100.

This cause comes before us without any statement of facts or bills of exception. The motion for a new trial contains matters alleged to be errors committed upon the trial of this cause, which we are unable to correctly appraise on account of the absence of a statement of facts and bills of exception.

All proceedings herein seem to be regular, and we have no other alternative than to affirm the judgment, which is accordingly done.

**STEPHENSON v. STATE.**

No. 20810.

Court of Criminal Appeals of Texas.

Jan. 31, 1940.

**FOWLER v. STATE.**

No. 20797.

Court of Criminal Appeals of Texas.

Jan. 31, 1940.

R. L. McGaugh, of Brownwood, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The conviction is for driving an automobile upon a public highway while intoxicated. The punishment assessed is confinement in the state penitentiary for a term of nine months.

The record is before us without statement of facts or bills of exceptions. The indictment is sufficient to charge the offense and procedural orders appear to be in due order.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.